UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN HAWOTEE,<br>            Plaintiff,<br><br>    v.<br><br>H & S FINANCIAL, INC.,<br>            Defendant. | NO: 2:14-CV-4-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDCIE |

**BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 3. Having reviewed said Notice and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Dismissal, **ECF No. 3**, is **APPROVED**.  Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 28th day of January 2014.

                                         *s/ Rosanna Malouf Peterson*
                                         ROSANNA MALOUF PETERSON
                                     Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 1